IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DOUGLAS PATTERSON, Individually, and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED UNDER 29 USC 216(b)<br><br>*Plaintiffs,*<br><br>v.<br><br>DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD,<br><br>*Defendant.* | Case No.: 3:18-cv-00307-E |

**DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' SUMMARY JUDGMENT EXHIBITS AND ARGUMENTS**

Defendant Dallas/Fort Worth International Airport Board ("Defendant") files this Motion to Strike Plaintiffs' Summary Judgment Exhibits and Arguments in light of defects regarding multiple exhibits and arguments provided by Plaintiffs. Defendant concurrently files a brief supporting this motion.

Respectfully submitted,

*s/ Greg McAllister*
Greg McAllister
Texas State Bar No. 24071191
gmcallister@littler.com

**LITTLER MENDELSON, P.C.**
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
 214.880.8100
 214.880.0181 (Fax)

Kimberly R. Miers
Texas State Bar No. 24041482
kmiers@littler.com

**LITTLER MENDELSON, P.C.**
100 Congress Avenue, Suite 2000
Austin, TX 78701
512.982.7250
512.982.7248 (Fax)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

I certify that on January 30, 2020, I conferred with Plaintiffs' counsel regarding Defendant's foregoing Motion. Plaintiffs are opposed to the relief sought herein.

*s/ Greg McAllister*
Greg McAllister

**CERTIFICATE OF SERVICE**

On January 30, 2020, the foregoing document was filed via ECF, which will provide a copy to Plaintiffs' counsel.

*s/ Greg McAllister*
Greg McAllister

4831-8669-9186.3 086340.1003