# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **DOUGLAS PATTERSON**, individually, and on behalf of all others similarly situated under 29 U.S.C. § 216(b)<br><br>*Plaintiffs*,<br><br>v.<br><br>**Dallas/Fort Worth International Airport Board**<br><br>*Defendant.* | No. 3:18-cv-00307-E |

## FINAL JUDGMENT

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice (Doc. No. 156). The parties advise that they have reached an agreement to settle this matter and request that the Court dismiss this action in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements to Plaintiffs or Defendant, except as set forth in the Settlement Agreement and Release. Accordingly, construing the stipulation as a motion for a final judgment of dismissal,

It is ORDERED that all parties and claims asserted in this case are DISMISSED WITH PREJUDICE. It is further ORDERED that all costs, except as agreed to by the parties, shall be borne by the party incurring same.

This FINAL JUDGMENT disposes of all parties and claims and is final and appealable.

SIGNED AND ENTERED March 1, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE